UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:19-CR-34-REW |
| v. | ) | |
| | ) | |
| JESSICA CURRY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (DE 26) of United States Magistrate Judge Hanly A. Ingram, addressing Defendant Jessica Curry's guilty plea as to Counts One and Two of the Indictment (DE 1). DE 25 (Minutes). Defendant appeared before Judge Ingram on October 30, 2019. *Id.* After consenting to plead before a United States Magistrate Judge (DE 28) and engaging in the full colloquy required by Rule 11, she proceeded to plead guilty. DE 26. Judge Ingram found Defendant competent to plead and that Defendant did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the charged offenses. *Id.* Accordingly, Judge Ingram recommended that the Court accept Defendant's plea and adjudge her guilty of the offenses charged in Counts One and Two of the Indictment. *Id.*

Defendant had three days within which to object to Judge Ingram's recommendation, and she has not done so. Nor has the United States objected. While this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct.

1

466, 472 (1985). When the parties do not object to the Magistrate Judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE 26), accepts the plea, and **ADJUDGES** Jessica Curry guilty of the offenses charged in Counts One and Two of the Indictment. An Order scheduling sentencing follows.

The Court's plea acceptance, resulting in a conviction on two presumption counts under § 3143(a), mandates custody. Defendant shall report to the U.S. Marshals Service at the London Courthouse by 10:30 a.m. on November 12, 2019.

This the 5th day of November, 2019.

Signed By:
*Robert E. Wier*  REW
United States District Judge